IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-00243 CW |
| Plaintiff, | ORDER |
| v. | |
| EMMANUEL ODION ESEZOBOR, | |
| Defendant. | |

This matter is set for pretrial conference on Oct. 12 and for trial on Oct. 24. Defense counsel had previously advised the Court that no motions would be filed, so no date for a motions hearing was given. Counsel has now filed an unauthorized motion to suppress. It is not noticed in accordance with the Local Rules. Counsel must move for leave to file this motion and, if leave is granted, the motion will be heard in accordance with the Local Rules on Sept. 28.

Dated: 9/13/2011

CLAUDIA WILKEN
United States District Judge